HARRY A. REOUX, Appellant, v. ADELIA H. REOUX, Respondent.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.